IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUSTAVO BERMUDEZ-VANEGAS,** : | |
| Petitioner : | |
| : | No. 1:21-cv-981 |
| v. : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA, et al.,** : | |
| Respondents : | |

## ORDER

**AND NOW**, this 20th day of April, 2022, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus and the Respondent's suggestion of mootness (Doc. No. 15), and for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as moot; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania